UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SILVER BETTY, INC.,

        Plaintiff,

v().                                                                                               Civil Action No.:

TECHNOLOGY TRAINING SYSTEMS, INC.,     **RULE 7.1**
d/b/a ANTONELLI COLLEGE, and MARY ANN   **DISCLOSURE STATEMENT**
DAVIS,

        Defendants.
-------------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Technology Training Systems, Inc., d/b/a Antonelli College ("Defendant"), makes the following Corporate Disclosure Statement.  Defendant is not owned by any parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated:  May 4, 2018
       White Plains, New York

                                   YANKWITT LLP

                           By: _____
                                Russell M. Yankwitt
                                Craig M. Cepler
                                140 Grand Street, Suite 705
                                White Plains, New York 10601
                                Tel.:  (914) 686-1500
                                Fax:  (914) 801-5930
                                *Attorneys for Defendants*