

Peter Turner, Ext. 162                                                                      E-mail: *pturner@meyersroman.com*

May 15, 2018

United States District Court Judge Ronnie Abrams             **VIA ECF**
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   **Re:** ***Silver Betty, Inc. v. Technology Training Systems, Inc. d/b/a Antonelli College and Mary Ann Davis; Case No.: 1:18-cv-4006 (RA); and***
     ***Silver Betty, Inc. v. Technology Training Systems, Inc. d/b/a Antonelli College; Case No.: 1:18-cv-4029 (RA)***

Dear Judge Abrams:

  Pursuant to your May 10, 2018 Orders and Notices of Initial Conference in the above cases, the Court scheduled initial status conferences to take place on June 29, 2018 at 11:15 a.m. Unfortunately I have a previously scheduled, pre-paid vacation starting that day. In accordance with Individual Rule 1.D, upon receiving the Orders and seeing the conflict in my schedule, I e-mailed plaintiff's counsel Derek E. Barrett, counsel for Plaintiff, to inform him of my scheduling conflict and asked whether he would consent to an adjournment to either earlier in the week of June 25th or after July 4th. Mr. Barrett has responded that he consents to an adjournment but he prefers that the initial status conference be adjourned to earlier the week of June 25th or the week before except for June 20 and 21.

  Since I will traveling in from Cleveland to attend the initial status conference, I would ask, if possible, that if this request is granted the initial status conference be scheduled to take place no earlier than 11:00 a.m.

         Respectfully,

         *Peter Turner*
         Peter Turner

cc: Derek E. Barrett, Esq. (via e-mail and ECF)
   Craig M. Cepler, Esq. (via e-mail and ECF)

